# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JORGE DOMINGUEZ-TORRES,**

        Petitioner,

  -vs-

**MARC CLEMENTS,**
Warden of Dodge Correctional Center,

        Respondent.

Case No. 14-C-1255

# DECISION AND ORDER

Pro se Petitioner Jorge Dominguez-Torres ("Dominguez") is serving a 30-year sentence with 22 years of extended supervision imposed by the Kenosha County Circuit Court after a jury trial finding Dominguez guilty of multiple offenses arising out of a May 2010 hit and run accident which killed a woman and injured her husband and son. Dominguez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and other supporting papers and was allowed a 90-day extension to file the statement of facts. (ECF No. 5.) The matter is before the Court for preliminary review pursuant to Rule 4 of the Rules Governing § 2254 Cases in the District Courts.

Upon review of Dominguez's petition, it does not plainly appear that he is not entitled to relief. *See* R. 4 Governing § 2254 Cases Dist. Cts.

Therefore, Respondent Marc Clements ("Clements") will be required to file an answer to the instant petition, which must contain the materials required by Rule 5 of the Rules Governing § 2254 Cases in the District Courts.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

**On or before June 15, 2015,** Clements **MUST FILE** an answer to the instant petition.

Dated at Milwaukee, Wisconsin, this 13th day of April, 2015.

**BY THE COURT:**

*[signature: Rudolph T. Randa]*

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**